Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorney for Defendant*
*UNIUNI LOGISTICS INC.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POINT2POINT GLOBAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNIUNI LOGISTICS INC., a California corporation,<br><br>Defendant. | Case No. 2:26-CV-5065-SRM-MAR<br><br>**DEFENDANT UNIUNI LOGISTICS INC.'S RESPONSE TO PLAINTIFF'S SECOND SUPPLEMENTAL IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 24)** |

DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION

Defendant UniUni Logistics Inc. ("Defendant") respectfully submits this opposition to make two brief points about Plaintiff Point2Point Global, LLC's ("Plaintiff") improper Second Supplemental In Support of Ex Parte Application for Temporary Restraining Order ("TRO") (Docket No. 24).

*First*, the legal deficiencies of Plaintiff's application for a TRO remain unchanged. Defendant's Opposition (Dkt. No. 15) explained why this case is fundamentally a breach of contract dispute, which can be resolved through money damages (in Defendant's favor) without requiring the "extraordinary remedy" of a TRO. And while Plaintiff's Second Supplemental Memorandum argues that there have been recent "substantial" developments, it concedes that Plaintiff is only claiming to experience "financial harm[.]" Dkt. No. 24 at 4. It is blackletter law that Plaintiff's allegations of monetary loss—allegations which Defendant disputes and will rebut in due course—cannot establish irreparable harm as a matter of law. Plaintiff also fails, again, to establish any protectible trade secrets or confidential information. *See* Dkt. No. 15 at 4-5.

*Second*, Plaintiff's Second Supplemental Memorandum omits key facts. Critically, as set forth in Exhibit 1 hereto, Defendant has been (and remains) ready, willing, and able to coordinate with Plaintiff for the immediate retrieval of packages located at Defendant's facilities. As recently as May 22, 2026 (and again this morning), counsel for Defendant provided counsel for Plaintiff with specific, simple instructions and information to facilitate that retrieval. To counsel's knowledge, until sometime today,[1] Plaintiff had not attempted to follow those instructions to facilitate the pickup of packages at certain Gateway locations. Once Plaintiff follows these simple, two-part instructions and retrieves its packages, any supposed urgency purportedly requiring this Court's immediate intervention becomes moot.

---

[1] Shortly prior to filing this response, counsel for UniUni was informed that P2P may currently be in the process of contacting certain Gateway locations to coordinate pickups potentially today and/or tomorrow, but the specifics are not known to counsel at this time.

DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

These two points, combined with Defendants' initial opposition, demonstrate that Plaintiff's speculative claims and alleged injury, which Plaintiff readily admits is financial in nature, does not constitute irreparable injury sufficient to warrant granting the drastic and extraordinary remedy of a mandatory TRO. Defendant therefore respectfully requests that the Court deny the application for a TRO and/or Preliminary Injunction.

Respectfully submitted:

DATED:  May 28, 2026

**BALLARD SPAHR LLP**

BY:  */s/ Scott S. Humphreys*
        Scott S. Humphreys

Attorney for Defendant
UNIUNI LOGISTICS INC.

DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION