Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Mohammed N. Workicho (*pro hac vice* forthcoming)
workichom@ballardspahr.com
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

*Attorney for Defendant*
*UNIUNI LOGISTICS INC.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POINT2POINT GLOBAL, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIUNI LOGISTICS INC., a California corporation,<br><br>    Defendant. | Case No. 2:26-CV-5065-SRM-MAR<br><br>**DECLARATION OF KEVIN WANG IN SUPPORT OF DEFENDANT UNIUNI LOGISTICS INC.'S OPPOSITITION TO PLAINTIFF POINT2POINT GLOBAL, LLC'S MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF KEVIN WANG IN SUPPORT OF UNIUNI'S OPPOSITION
TO MOTOIN FOR PRELIMINARY INJUNCTION

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

I, Kevin Wang, declare as follows:

1.    I am the Chief Operating Officer at UniUni Logistics Inc. ("UniUni"). I make this declaration in support of UniUni's Opposition to Plaintiff Point2Point Global, Inc.'s ("P2P") Request for a Preliminary Injunction. I have personal knowledge of the facts set forth herein, or have learned of those facts based on a review of UniUni's communications and records, and if called to testify concerning those facts, could and would do so competently.

2.    UniUni is a leading technology-enabled logistics company revolutionizing delivery services. UniUni helps businesses streamline the shipping process while supporting scalable, tech-driven logistics solutions. It enables businesses to provide a superior online shipping experience, ensuring efficiency and customer satisfaction. UniUni serves a variety of clients, from e-commerce platforms, to online retailers, and brands across the United States and Canada.

**A.    UniUni and P2P Enter into a Services Agreement on December 30, 2024**

3.    In 2024, P2P approached UniUni to provide logistics management and last mile delivery services of packages. P2P turned to UniUni because UniUni had the expertise, qualifications, and personnel to provide logistics management, last mile delivery solutions, and related services.

4.    On December 30, 2024, P2P and UniUni executed a written Services Agreement (the "Agreement"). Under the Agreement, UniUni agreed to deliver packages to P2P's clients, end users, or other recipients ("Services").

5.    Under the Agreement, UniUni agreed to provide the standard of care, skill, and diligence required by customarily accepted practices in the logistics and delivery industry. UniUni did not guarantee that it would deliver P2P's packages under a specific timeline, or that it would be responsible for delivery delays resulting from factors outside of its control.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

2

DECLARATION OF KEVIN WANG IN SUPPORT OF UNIUNI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**B.    UniUni Performed Its Obligations under the Agreement, While P2P Breached and Acted in Bad Faith.**

6.    Under Section 2 of the Agreement, UniUni had the right to suspend Services if P2P failed to pay any "undisputed fees when due," and that failure continued uncured for ten days following written notice to P2P.

7.    Throughout the Agreement, UniUni maintained a high level of service to P2P consistent with the standard of care, skill and diligence required by customarily accepted practices. However, starting in January 2026, P2P began to delay paying UniUni and dispute invoices that were due and owing.  P2P began to accuse UniUni of service and billing errors, which allegedly resulted in delivery delays and failures to deliver.

8.    From February to April of 2026, UniUni attempted in good faith to resolve any issues with P2P. UniUni explained to P2P that any alleged delays in delivery were caused by external circumstances outside UniUni's control (*e.g.,* weather interruptions). UniUni also explained that P2P's allegation of delayed deliveries was based on inaccurate assumptions. For example, P2P assumed inaccurate delivery timelines by measuring transit time from package label creation to delivery, even though UniUni has no control over the period between label creation and when the parcel is handed over to UniUni's facilities. True and correct copies of emails concerning these discussions are attached hereto as **Exhibit 1**.

9.    UniUni also asked P2P to provide supporting documentation (such as bills of lading), so that it could properly assess each specific shipment and evaluate P2P's accusation of delayed deliveries. Yet, P2P refused to provide such documents, despite UniUni repeatedly explaining that UniUni could not systematically evaluate whether P2P's complaints were accurate without such information. A true and correct copy of that request is in **Exhibit 1**.

10.    P2P failed to support its allegations, and also flatly refused to pay money it owed UniUni under the Agreement. On April 13, 2026, P2P owed UniUni

3

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

more than $1.2 million US dollars. UniUni notified P2P that, while P2P disputed around $800,000 of the total outstanding amount, at least $400,000 of what P2P owed UniUni was undisputed, and had to be paid immediately. UniUni also informed P2P in writing that, without payment of the owed amount, UniUni would suspend its services. Despite receiving written notice of its default, P2P continued to refuse to pay what it owed under the Agreement, including the $400,000 in undisputed charges. A true and correct copy of UniUni's written notice is attached hereto as **Exhibit 2**.

11.    On April 30, 2026, UniUni sent a letter to P2P providing formal notice that P2P had breached the Agreement by failing to pay UniUni's invoices when due. By that point, UniUni calculated that P2P owed UniUni $1,081,824.51. In good faith, UniUni offered to apply an offset for fees for deliveries challenged by P2P, leaving the total net amount of $736,658.27 due and owing to UniUni. UniUni demanded that P2P immediately pay that amount by May 1, 2026, which P2P refused to do. A true and correct copy of this letter is attached hereto as **Exhibit 3.**

12.    As of the date of this Declaration, P2P owes UniUni approximately $1,959,267.82 for services UniUni has provided under the Agreement.

### C.    UniUni has Delivered, or Made Available for Pickup, Virtually All P2P's Packages.

13.    Notwithstanding UniUni's right to suspend services under the Agreement, UniUni nonetheless has been attempting in good faith to facilitate the pickup and delivery of all P2P packages. The parties have been using two terms to describe the packages: "Gateway Packages" and "Downstream Packages." Gateway Packages are (a) P2P packages that were received by UniUni and were located at various UniUni regional facilities, but were unprocessed for transfer to local UniUni distribution facilities, at which locations the packages would be turned over to third party "Delivery Service Providers" for handling individual deliveries; and

4

DECLARATION OF KEVIN WANG IN SUPPORT OF UNIUNI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

(b) packages that UniUni processed at its regional facilities, but remained there for pickup by P2P following UniUni's suspension of Services. "Downstream Packages," by contrast, are packages that were processed by UniUni at its regional facilities, transferred to local warehouses, and have been delivered, or are out for delivery with Delivery Service Providers in the ordinary course.

14. On May 1, 2026, UniUni gave P2P notice that it was suspending any further services for P2P based on P2P's failure to pay UniUni amounts due and owing under the Agreement. When UniUni stopped providing services to P2P, it stopped further processing of packages that were still within its warehouse facilities. UniUni designated the P2P packages it held in its facilities to make them available for pick up by P2P. UniUni has continued to coordinate in good faith with P2P to have all "Gateway Packages" picked up by P2P, and to deliver, as soon as possible, "Downstream Packages" to the end-consumers.

15. On several occasions in May 2026, UniUni provided P2P with simple instructions on how P2P should proceed to coordinate the immediate retrieval of the Gateway Packages, and provided spreadsheets showing (1) the Gateway Packages that remain available for pickup and (2) the local contact information to coordinate pickup. A true and correct copy of the letter from UniUni's counsel confirming those instructions are attached hereto as **Exhibit 4.**

16. Based on UniUni's records, as of the date of this Declaration, P2P has picked up all "Gateway Packages," and Downstream Packages all have been delivered, except for approximately 1,066 packages that are marked in UniUni's systems as undeliverable or lost in the ordinary course of business.

17. I am aware that on Friday, June 12, 2026, the Court in this action issued an Order Granting Plaintiff's *Ex Parte* Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.  In response to that Order, I can confirm the following as of the date of this Declaration:

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

DECLARATION OF KEVIN WANG IN SUPPORT OF UNIUNI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

a.      As noted in paragraph 16 above, based on UniUni's records, as of as of the date of this Declaration, P2P has picked up all "Gateway Packages," and the "Downstream Packages" all have been delivered, except for approximately 1,066 packages that are considered undeliverable or lost.   Consistent with its usual practices, UniUni is in the process of returning to P2P 352 of the 1,066 "Downstream Packages" marked as undeliverable in UniUni's systems per UniUni's standard procedures.

b.      At all times, P2P has had access to the Application Programming Interface (API) shipping network system for package tracking purposes, which has remained fully active and operational.

18.    For context, P2P shipped over 1.6 million packages with UniUni since entering into the Agreement on December 30, 2024. In the course of the parties' discussions since the start of this year regarding fees owed to UniUni, P2P disputed and made a specific claim regarding approximately 16,000 packages, for which UniUni approved and issued credits to P2P of approximately $345,166.

*[Signature Page Follows]*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

6

DECLARATION OF KEVIN WANG IN SUPPORT OF UNIUNI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  June 17, 2026

By: *Kevin Wang*

Kevin Wang

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

DECLARATION OF KEVIN WANG IN SUPPORT OF UNIUNI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT 1

| From: | Elva Leung |
|---|---|
| To: | Mark Driscoll; David Williams |
| Cc: | Scott Wang; Tim Rieger |
| Subject: | RE: Data File |
| Date: | Monday, April 27, 2026 2:01:00 PM |
| Attachments: | image010.jpg |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |

Hi Mark,

Could you please clarify whether the 1,751 refunds and 1,498 reshipments are related to the credit you previously mentioned, specifically the one I highlighted in yellow regarding the DIM factor?

In order for us to proceed with your claim, we'll need the detailed breakdown of these credits. In the meantime, we would also require your payment to continue moving forward while the claims are being reviewed.

Please let me know if you have any questions.



Thank you,

**Elva Leung**

Director of Key Accounts,
North America



 +1 (909) 548 - 9336

elva.leung@uniuni.com

uniuni.com

3040 Saturn St. Suite 103, Brea, CA 92821, USA

**From:** Mark Driscoll <mdriscoll@p2pg.com>
**Sent:** Saturday, April 25, 2026 8:20 AM
**To:** Elva Leung <elva.leung@uniuni.com>; David Williams <dwilliams@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Subject:** RE: Data File

Elva,

Update: our client got back to me yesterday and let me know that the requested supporting information relates to the open credit situation. The summary impact will show 1751 shipment refunds issued and 1498 reshipments. They've advised that we should have this by the back end of next week, and it will be provided to UniUni as soon as it's received.

Mark

---

**From:** Mark Driscoll
**Sent:** Wednesday, April 15, 2026 8:13 AM
**To:** 'Elva Leung' <elva.leung@uniuni.com>; David Williams <dwilliams@p2pg.com>
**Cc:** 'Scott Wang' <scott.wang@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Subject:** RE: Data File

Elva-

Apologies for not getting this to you last night.

You'll have the details for one of the two largest accounts that tie to the claims report today. The second, which has the greatest impact on the claims report, is due on or before 4/17. The CEO is traveling until tomorrow, and he'll get it back to me when he returns to the office. Once this is received, we'll provide and advise on the appropriate ask. From there, we can determine the final path forward and, hopefully, put all of this behind us.

Mark

---

**From:** Mark Driscoll
**Sent:** Tuesday, April 14, 2026 8:56 AM
**To:** 'Elva Leung' <elva.leung@uniuni.com>; David Williams <dwilliams@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Subject:** RE: Data File

Yes, you'll have a response by the end of the day.

---

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Monday, April 13, 2026 9:13 PM
**To:** Mark Driscoll <mdriscoll@p2pg.com>; David Williams <dwilliams@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Subject:** RE: Data File

Hi Mark,

Following up on this, do you have any updates this week?

We're looking to finalize the claims and move forward with the increasing past-due invoices (now still $1.2 M outstanding).

Thank you,

**Elva Leung**
Director of Key Accounts,
North America



 +1 (909) 548 - 9336

elva.leung@uniuni.com

uniuni.com

3040 Saturn St. Suite 103, Brea, CA 92821, USA

**From:** Elva Leung
**Sent:** Tuesday, April 7, 2026 3:15 PM
**To:** Mark Driscoll <mdriscoll@p2pg.com>; David Williams <dwilliams@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Subject:** RE: Data File

Hi Mark,

Thank you for the detailed response and for continuing to work through this with us.

As mentioned, I have connected with David to discuss this further last Friday. Please see the attached file, where we have pivoted the data to reflect the number of days from label creation to induction for the impacted packages. To properly assess whether the delays in induction were attributable to UniUni or factors outside of our control, we would require additional supporting documentation (e.g., BOLs) for further investigation. Without this documentation, we are not able to systematically validate or reconcile this portion of the delays through data alone. As we do not perform scans at the point of pickup, there is inherently limited visibility into the exact timing prior to induction.

Additionally, as outlined in our agreement, this is not a guaranteed delivery service. All packages currently under dispute have ultimately been delivered.

For the delivered category, we would like to clarify the following:

1. **Delivered packages with reshipments**
If your customer reshipped any orders, please provide the reshipment tracking numbers along with the destination address. This will allow us to verify on our side and determine what actions, if any, may be appropriate. Without sufficient supporting data, we are not able to validate or proceed with any claim review through our legal and financial process.

2. **Delivered packages exceeding SLA timelines**
For shipments that were delivered but exceeded the SLA, this scenario is already covered under the contract agreement. That said, in the interest of maintaining a long-term partnership, we are open to reviewing shipping fees on a case-by-case basis. However, we will not cover the value of the goods. This is consistent with standard industry practice, as no carrier assumes liability for product value in such cases.

We appreciate your collaboration and look forward to continuing to work toward a resolution by end of this week.



Thank you,

**Elva Leung**

Director of Key Accounts,
North America



 +1 (909) 548 - 9336

[elva.leung@uniuni.com](mailto:elva.leung@uniuni.com)

[uniuni.com](http://uniuni.com)

3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Mark Driscoll <[mdriscoll@p2pg.com](mailto:mdriscoll@p2pg.com)>
**Sent:** Saturday, April 4, 2026 10:37 AM
**To:** Elva Leung <[elva.leung@uniuni.com](mailto:elva.leung@uniuni.com)>; David Williams <[dwilliams@p2pg.com](mailto:dwilliams@p2pg.com)>
**Cc:** Scott Wang <[scott.wang@uniuni.com](mailto:scott.wang@uniuni.com)>; Tim Rieger <[trieger@p2pg.com](mailto:trieger@p2pg.com)>
**Subject:** RE: Data File

Hi Elva,

Thank you for the detailed response and for continuing to work through this with us.

On the transit time discussion, we understand the distinction between label creation and induction. That said, during peak planning and execution, your team communicated extended delivery expectations (+2 days) and advised us to defer claims submission until after day 10 due to operational constraints. As a result, our analysis reflects the customer-facing delivery commitment, which is ultimately how performance was experienced and measured commercially. David will connect with

you to review the data in more detail. While we are open to incorporating induction-based analysis as part of the review, this must be balanced with the operational guidance provided during peak and the resulting service impact. We also need to ensure consistency in how "day 0" is defined. Where UniUni is handling first mile (pickup or drop), that should be considered day 0, with the service clock starting the following day, regardless of when parcels were processed through sortation. We experienced and consistently communicated, material delays at key gateways including ATL, DFW, and ORD, which need to be accounted for in the analysis. Additionally, while we recognize that weather and broader labor factors may have contributed to limited disruption windows, they do not explain the systemic nature of the delays experienced. The performance trends observed are more consistent with gaps in operational execution, breakdowns in communication, and a network that was materially over capacity during peak.

Regarding supporting documentation (BOLs), we are happy to collaborate where feasible. However, given the scale of the volume and the data already provided, we believe this should be resolved through a data-driven reconciliation approach rather than a shipment-by-shipment audit, which would significantly delay resolution.
On returns, we appreciate you connecting with Lauren. From our perspective, the volume of returns is directly tied to the broader service performance challenges and should be addressed as part of the overall reconciliation.

With respect to contractual items (30-day notice, USPS transition, POD limitations), we agree these can be reviewed in parallel. However, they are part of a broader pattern of operational and communication gaps that impacted service levels and customer experience and should be considered holistically.
On tracking visibility, we will pull and share specific examples where gaps exist for further investigation.

From a next steps standpoint, we support revisiting the claims policy and aligning on clearer definitions moving forward. At the same time, our immediate priority remains reaching a fair and timely resolution on the current claims, as the outcome will directly inform how we structure volume and the partnership going forward.
We appreciate the collaboration and look forward to progressing toward resolution. At the same time, we want to be transparent that if we are unable to align on a fair outcome, we should be prepared to discuss a transition plan to ensure continuity for our customers.

Best regards,
Mark

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Saturday, April 4, 2026 3:42 AM
**To:** Mark Driscoll <mdriscoll@p2pg.com>; David Williams <dwilliams@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Subject:** RE: Data File

Hi Mark,

Thank you for sharing the detailed analysis,  this is very helpful as we continue working toward reconciliation.

As we discussed over the call and based on our agreement, while some delays were influenced by external circumstances, including weather interruptions, transit time should be measured from induction date to delivery date, rather than label creation date to delivery, as we do not have visibility into the period between label creation and when the parcel is handed over to our network, so we're unable to account for any potential delays prior to induction. I have connected with David to discuss this further, please see attached file where I pivoted packages of how many days it took from label creation to induction. To properly assess these cases, we would need additional supporting documentation/BOL for further investigation.

For the recently returned packages, we understand that a significant portion of returns has occurred within the past few weeks. I will connect with Lauren to go over the return process so to prevent that from happening going forward.

Payment update:
Thank you for proceeding with the payment. We would appreciate it if you could share the bank receipt once available or we will let you know once the payment hits our bank on Monday.

Contractual items:
30-day notice: We will reconfirm internally regarding the 30-day notice requirement for operational changes. That said, we would

like to clarify that this should be addressed separately from the claim's reconciliation discussion.
USPS final mile transition: We do recall sending prior notification regarding the transition to USPS. However, we will double-check internally with the team (including Tom) to confirm details and identify any gaps.

Tracking visibility & POD:
We are currently integrated with USPS for tracking visibility, so this should not be a systemic issue. If you are seeing gaps, could you please share specific examples so we can investigate further?
Regarding Proof of Delivery, we had communicated during the USPS transition that photo confirmation would not be available for USPS-delivered shipments, and this was included in the notification at the time.

Next steps:
Revisit the claims policy outlined in the current agreement and proceed with an amendment to clearly define claim eligibility, including the allowable claim submission timeframe and the return policy for exceptions.

We remain committed to working through this collaboratively and aligning on a fair and accurate reconciliation.

Thank you,

**Elva Leung**
Director of Key Accounts,
North America





+1 (909) 548 - 9336

elva.leung@uniuni.com

uniuni.com

3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Mark Driscoll <mdriscoll@p2pg.com>
**Sent:** Friday, April 3, 2026 9:11 AM
**To:** David Williams <dwilliams@p2pg.com>
**Cc:** Elva Leung <elva.leung@uniuni.com>
**Subject:** Data File

David- do you have time to jump on with Elva to walk through the data.

Elva,

Please see the first tranche of supporting data. This initial analysis focuses on the "delivered" scan events within your dataset.
During peak planning, we were advised to expect an additional +2 days beyond the communicated 2–5 day delivery window. As peak progressed, holiday cutoffs were also extended beyond what had originally been agreed, signaling that your network was performing as expected. This was most certainly, not the case.

Based on the share volume of claims coming in and the inability for your team to address them, we aligned on submitting claims beginning on Day 10, with the expectation that reconciliation would occur post-peak due to volume constraints on your team.

The attached report highlights a fundamental service breakdown, primarily across ORD, ATL, and DFW.

For **CODE 203 shipments**:
- **4,383 shipments** representing **$226,788.49** in value (per your data), with **$0 approved to date**
- **45% (1,991 shipments)** delivered on Day 13 or later
- **29% (1,251 shipments)** delivered on Day 20 or later
- **12%** delivered after the claims submission on January 12

The next data submission will focus on **CODE 213, 215, and 230 shipments**:
- **4,106 shipments** representing **$166,976** (declared value only)
- As of yesterday, only **1,008 packages (24%)** have been returned as undeliverable
- The majority of these returns have occurred within the past 2–3 weeks
- Prior to submission of this report, fewer than **200 returns** had been received

**Payment Update**

Tim will provide detail on the invoices tied to the upcoming $1M payment, for which funds were pulled last evening. He will coordinate execution on this.

**Reconciliation Objective**

Based on your summary, approximately $345K has been approved to date, while we have already issued over $800K in customer reimbursements.

Our objective is to align on a final number by Wednesday, April 8, allowing us to:
- Bring the account current
- Establish a clear path forward for continued partnership and growth

**Contractual & Operational Items for Discussion**

We will also need to address several items next week:
- **Geographic Coverage Changes**

  The agreement requires **30 days' written notice** for any changes. Multiple adjustments have occurred over the past 6 months without notification.
- **Final Mile Carrier Changes (USPS)**

  We were not notified in advance of these changes and instead identified them ourselves. This resulted in:
  - Loss of tracking visibility
  - Incremental claims activity
  - Degraded customer experience
  - **Proof of Delivery (Photos)**

    Photo confirmation was not available for impacted shipments, representing a clear service gap versus agreed standards.

We remain committed to resolving this constructively and aligning on a path forward that supports both operational performance and long-term partnership value.

Best regards,
Mark

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Thursday, April 2, 2026 3:11 PM
**To:** Mark Driscoll <mdriscoll@p2pg.com>; Tim Rieger <trieger@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

Hi Mark,

David-


Mark Driscoll
Co-Founder
P2P

Email:  mdriscoll@p2pg.com
Main:  1-844-**SHIP-YEA (**744-7932)
Cell:  978-394-2280
LinkedIn



# EXHIBIT 2

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Monday, April 13, 2026 2:27 PM
**To:** Tim Rieger; Mark Driscoll
**Cc:** Scott Wang; Tom Peters
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call
**Attachments:** interest calculation_point2point_20260413.xlsx

Hi Tim,

We received $201,457.94 from Point2point today. Please find the updated aging report attached. The remaining outstanding balance is $1,245,844.16.

While we understand that approximately $800K is currently under claims review, we would like to highlight that at least $400K remains undisputed and is due for payment. We kindly ask for your support in arranging settlement of the undisputed portion at your earliest convenience, while we continue to work closely with you to resolve the outstanding claims.

Thank you for your prompt attention to this matter.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4447557 | UNIUNI LOGISTICS | USD | 04/13/2026 | PREAUTHORIZED CREDIT | POINT2POINT GLOB UNIUNI CCD UNI UNI LOGIST POINT2POINT |

| Interest Calculation Date | Interest Rate |
|---|---|
| 2026-04-13 | 10.00% |

| Total Interest | Total Past Due | Total Past Due + Interest |
|---|---|---|
| 26,755.74 | 1,219,088.42 | 1,245,844.16 |

| Customer | Transaction | Document Number | Invoice Date | Due Date | Open Balance | Days late | Interest |
|---|---|---|---|---|---|---|---|
| Point2Point Global, LLC | Credit Memo | 1568929251230542CR | 2025-12-30 | 2025-12-30 | (USD1,221.55) | 104.00 | - |
| Point2Point Global, LLC | Credit Memo | 15610742260117709CR | 2026-01-16 | 2026-01-16 | (USD7,125.00) | 87.00 | - |
| Point2Point Global, LLC | Deposit | DEP001212 | 2026-01-20 | 2026-01-20 | (USD0.40) | 83.00 | - |
| Point2Point Global, LLC | Invoice | 1568556251215401 | 2025-12-17 | 2026-01-16 | USD604,259.80 | 87.00 | 14,825.96 |
| Point2Point Global, LLC | Invoice | 1569009251222154 | 2025-12-24 | 2026-01-23 | USD523,354.52 | 80.00 | 11,820.39 |
| Point2Point Global, LLC | Invoice | 15614129260309249 | 2026-03-10 | 2026-04-09 | USD99,821.05 | 4.00 | 109.39 |
| Point2Point Global, LLC | Invoice | 15614621260316350 | 2026-03-17 | 2026-04-16 | USD107,578.17 | -3.00 | - |
| Point2Point Global, LLC | Invoice | 15615101260323285 | 2026-03-24 | 2026-04-23 | USD140,668.48 | -10.00 | - |
| Point2Point Global, LLC | Invoice | 15615616260330778 | 2026-03-31 | 2026-04-30 | USD145,215.30 | -17.00 | - |
| Total | | | | | USD1,612,550.37 | | 26,755.74 |

Thank you,

**Elva Leung**

Director of Key Accounts,
North America



📞 +1 (909) 548 - 9336

✉️ elva.leung@uniuni.com

🔗 uniuni.com

📍 3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Saturday, April 11, 2026 6:23 PM
**To:** Tim Rieger <trieger@p2pg.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tom Peters <tom.peters@uniuni.com>
**Subject:** Re: Final Claims Review & Next Steps - Follow-up Call

Hi Tim,

Following up below...

Thank you!

**Elva Leung**

Director of Key Accounts,
U.S.



 +1 (909) 548 - 9336

 elva.leung@uniuni.com

🔗 uniuni.com

📍 3040 Saturn St. Suite 103, Brea, CA 92821,
USA

---

**From:** Elva Leung
**Sent:** Friday, April 10, 2026 8:52:17 AM
**To:** Tim Rieger <trieger@p2pg.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tom Peters <tom.peters@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

Hi Tim,

Thank you for taking the time to speak earlier today. I appreciate your update that the payment is being processed and expected to be sent out today.

Looking forward to the remittance details and we appreciate your prompt attention to this matter!

| Interest Calculation Date | Interest Rate |
|---|---|
| 4/8/2026 | 10.00% |

| Total Interest | Total Past Due | Total Past Due + Interest |
|---|---|---|
| 25,497.55 | 1,320,725.31 | 1,346,222.86 |

| Customer | Transaction Type | Document Number | Invoice Date | Due Date | Open Ba |
|---|---|---|---|---|---|
| Point2Point Global, LLC | Credit Memo | 1568929251230542CR | 12/30/2025 | 12/30/2025 | (USD |
| Point2Point Global, LLC | Credit Memo | 15610742260117709CR | 1/16/2026 | 1/16/2026 | (USD |
| Point2Point Global, LLC | Deposit | DEP001212 | 1/20/2026 | 1/20/2026 | ( |
| Point2Point Global, LLC | Invoice | 1568556251215401 | 12/17/2025 | 1/16/2026 | USD60 |
| Point2Point Global, LLC | Invoice | 1569009251222154 | 12/24/2025 | 1/23/2026 | USD52 |
| Point2Point Global, LLC | Invoice | 15613160260223406 | 2/27/2026 | 3/29/2026 | USD10 |
| Point2Point Global, LLC | Invoice | 15613648260302677 | 3/4/2026 | 4/3/2026 | USD9 |
| Point2Point Global, LLC | Invoice | 15614129260309249 | 3/10/2026 | 4/9/2026 | USD9 |
| Point2Point Global, LLC | Invoice | 15614621260316350 | 3/17/2026 | 4/16/2026 | USD10 |
| Point2Point Global, LLC | Invoice | 15615101260323285 | 3/24/2026 | 4/23/2026 | USD14 |
| Point2Point Global, LLC | Invoice | 15615616260330778 | 3/31/2026 | 4/30/2026 | USD14 |
| Total | | | | | USD1,81 |

Thank you,

**Elva Leung**
Director of Key Accounts,
North America



 +1 (909) 548 - 9336

 elva.leung@uniuni.com

 uniuni.com

 3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Elva Leung
**Sent:** Thursday, April 9, 2026 4:17 PM
**To:** Tim Rieger <trieger@p2pg.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tom Peters <tom.peters@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

Hi Tim,

Sorry for the oversight and please see the updated aging report as attached, the remaining outstanding balance is $1,346,222.86.

While we understand that around $800K is currently under claims review, we would like to highlight that at least $500K remains undisputed and is payable. We kindly request your support in arranging payment of the undisputed part at your earliest convenience, while we continue to work collaboratively with you to resolve the outstanding claims.

Please let us know if you have any questions or if you would like to review the details together. Thank you for your prompt attention to this matter.

| Interest Calculation Date | Interest Rate |
|---|---|
| 4/8/2026 | 10.00% |

| Total Interest | Total Past Due | Total Past Due + Interest |
|---|---|---|
| 25,497.55 | 1,320,725.31 | 1,346,222.86 |

| Customer | Transaction Typ | Document Number | Invoice Date | Due Date | Open Ba |
|---|---|---|---|---|---|
| Point2Point Global, LLC | Credit Memo | 1568929251230542CR | 12/30/2025 | 12/30/2025 | (USD |
| Point2Point Global, LLC | Credit Memo | 15610742260117709CR | 1/16/2026 | 1/16/2026 | (USD |
| Point2Point Global, LLC | Deposit | DEP001212 | 1/20/2026 | 1/20/2026 | ( |
| Point2Point Global, LLC | Invoice | 1568556251215401 | 12/17/2025 | 1/16/2026 | USD60 |
| Point2Point Global, LLC | Invoice | 1569009251222154 | 12/24/2025 | 1/23/2026 | USD52 |
| Point2Point Global, LLC | Invoice | 15613160260223406 | 2/27/2026 | 3/29/2026 | USD10 |
| Point2Point Global, LLC | Invoice | 15613648260302677 | 3/4/2026 | 4/3/2026 | USD9 |
| Point2Point Global, LLC | Invoice | 15614129260309249 | 3/10/2026 | 4/9/2026 | USD9 |
| Point2Point Global, LLC | Invoice | 15614621260316350 | 3/17/2026 | 4/16/2026 | USD10 |
| Point2Point Global, LLC | Invoice | 15615101260323285 | 3/24/2026 | 4/23/2026 | USD14 |
| Point2Point Global, LLC | Invoice | 15615616260330778 | 3/31/2026 | 4/30/2026 | USD14 |
| Total | | | | | USD1,81 |

Thank you,

**Elva Leung**
Director of Key Accounts,
North America



📞 +1 (909) 548 - 9336

✉ elva.leung@uniuni.com

🔗 uniuni.com

📍 3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Tim Rieger <trieger@p2pg.com>
**Sent:** Thursday, April 9, 2026 6:26 AM
**To:** Elva Leung <elva.leung@uniuni.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tom Peters <tom.peters@uniuni.com>
**Subject:** Re: Final Claims Review & Next Steps - Follow-up Call

Elva,

I sent the remittance details on Sunday and you confirmed receipt, see attached.  Please apply the payment accordingly.

Thanks
Tim

---

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Wednesday, April 8, 2026 6:35 PM
**To:** Tim Rieger <trieger@p2pg.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>; Tom Peters <tom.peters@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

4

Hi Tim and Mark,

Please find the latest summary of the outstanding balance and accrued interest for the Point2Point account attached. The recent payment of $978,443.97 has been applied to the oldest past-due invoices (1568556251215401 and partially 1569009251222154), as we did not receive remittance details.

Following this payment, the remaining outstanding balance is $1,336,673.94. While we understand that around $800K is currently under claims review, we would like to highlight that at least $500K remains undisputed and is payable. We kindly request your support in arranging payment of the undisputed part at your earliest convenience, while we continue to work collaboratively with you to resolve the outstanding claims.

Please let us know if you have any questions or if you would like to review the details together. Thank you for your prompt attention to this matter.

| Interest Calculation Date | Interest Rate |
|---|---|
| 2026-04-08 | 10.00% |

| Total Interest | Total Past Due | Total Past Due + Interest |
|---|---|---|
| 15,948.63 | 1,320,725.31 | 1,336,673.94 |

| Customer | Transaction | Document Number | Invoice Date | Due D |
|---|---|---|---|---|
| Point2Point Global, LLC | Credit Memo | 1568929251230542CR | 2025-12-30 | 2025-1 |
| Point2Point Global, LLC | Credit Memo | 15610742260117709CR | 2026-01-16 | 2026-0 |
| Point2Point Global, LLC | Deposit | DEP001212 | 2026-01-20 | 2026-0 |
| Point2Point Global, LLC | Invoice | 1569009251222154 | 2025-12-24 | 2026-0 |
| Point2Point Global, LLC | Invoice | 1569886260105579 | 2026-01-06 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15610336260112232 | 2026-01-14 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15610797260119204 | 2026-01-21 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15611275260126474 | 2026-01-29 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15611766260202234 | 2026-02-03 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15612240260209531 | 2026-02-11 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15612714260216429 | 2026-02-18 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15613160260223406 | 2026-02-27 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15613648260302677 | 2026-03-04 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15614129260309249 | 2026-03-10 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15614621260316350 | 2026-03-17 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15615101260323285 | 2026-03-24 | 2026-0 |
| Point2Point Global, LLC | Invoice | 15615616260330778 | 2026-03-31 | 2026-0 |
| Total | | | | |

Thank you,

5

**Elva Leung**
Director of Key Accounts,
North America



📞 +1 (909) 548 - 9336

✉️ elva.leung@uniuni.com

🔗 uniuni.com

📍 3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Sunday, April 5, 2026 3:44 PM
**To:** Tim Rieger <trieger@p2pg.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** Re: Final Claims Review & Next Steps - Follow-up Call

Thank you Tim! I will follow up with AR and get back to you tomorrow. Happy Easter!

Thank you!

# Elva Leung

Director of Key Accounts,
U.S.

+1 (909) 548 - 9336

elva.leung@uniuni.com

uniuni.com

3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Tim Rieger <trieger@p2pg.com>
**Sent:** Sunday, April 5, 2026 3:41:24 PM
**To:** Elva Leung <elva.leung@uniuni.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** Re: Final Claims Review & Next Steps - Follow-up Call

Elva,

Attached is the breakdown of the payment made Friday.

Thanks
Tim

6

**From:** Elva Leung <elva.leung@uniuni.com>
**Sent:** Friday, April 3, 2026 3:23:24 PM
**To:** Tim Rieger <trieger@p2pg.com>; Mark Driscoll <mdriscoll@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

Hi Tim,

Thank you for the update and for following up. Could we please have the bank receipt for the payment so we could forward to our AR team accordingly? Much appreciated!

Thank you,

**Elva Leung**
Director of Key Accounts,
North America



 +1 (909) 548 - 9336

 elva.leung@uniuni.com

 uniuni.com

 3040 Saturn St. Suite 103, Brea, CA 92821, USA

---

**From:** Tim Rieger <trieger@p2pg.com>
**Sent:** Friday, April 3, 2026 12:17 PM
**To:** Mark Driscoll <mdriscoll@p2pg.com>; Elva Leung <elva.leung@uniuni.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** Re: Final Claims Review & Next Steps - Follow-up Call

Scott/Elva,

We have initiated the $1M payment. You should see this in your bank by Monday.

Thanks

Tim Rieger

CFO

Email: trieger@P2Pg.com

Main: 1-844-SHIP-YEA (744-7932)

Cell: ███████

LinkedIn



---

**From:** Mark Driscoll <mdriscoll@p2pg.com>
**Sent:** Friday, April 3, 2026 12:04 PM
**To:** Elva Leung <elva.leung@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

RTS.see attached file.

---

**From:** Mark Driscoll
**Sent:** Friday, April 3, 2026 10:37 AM
**To:** 'Elva Leung' <elva.leung@uniuni.com>; Tim Rieger <trieger@p2pg.com>
**Cc:** Scott Wang <scott.wang@uniuni.com>
**Subject:** RE: Final Claims Review & Next Steps - Follow-up Call

Elva,

Please see the first tranche of supporting data. This initial analysis focuses on the "delivered" scan events within your dataset.

During peak planning, we were advised to expect an additional +2 days beyond the communicated 2–5 day delivery window. As peak progressed, holiday cutoffs were also extended beyond what had originally been agreed, signaling that your network was performing as expected. This was most certainly, not the case.

Based on the share volume of claims coming in and the inability for your team to address them, we aligned on submitting claims beginning on Day 10, with the expectation that reconciliation would occur post-peak due to volume constraints on your team.

The attached report highlights a fundamental service breakdown, primarily across ORD, ATL, and DFW.

For **CODE 203 shipments**:
- **4,383 shipments** representing **$226,788.49** in value (per your data), with **$0 approved to date**
- **45% (1,991 shipments)** delivered on Day 13 or later
- **29% (1,251 shipments)** delivered on Day 20 or later
- **12%** delivered after the claims submission on January 12

The next data submission will focus on **CODE 213, 215, and 230 shipments**:
- **4,106 shipments** representing **$166,976** (declared value only)
- As of yesterday, only **1,008 packages (24%)** have been returned as undeliverable
- The majority of these returns have occurred within the past 2–3 weeks
- Prior to submission of this report, fewer than **200 returns** had been received

**Payment Update**

Tim will provide detail on the invoices tied to the upcoming $1M payment, for which funds were pulled last evening. He will coordinate execution on this.

**Reconciliation Objective**

Based on your summary, approximately $345K has been approved to date, while we have already issued over $800K in customer reimbursements.

Our objective is to align on a final number by Wednesday, April 8, allowing us to:

- Bring the account current
- Establish a clear path forward for continued partnership and growth

**Contractual & Operational Items for Discussion**

We will also need to address several items next week:

- **Geographic Coverage Changes**
  The agreement requires **30 days' written notice** for any changes. Multiple adjustments have occurred over the past 6 months without notification.
- **Final Mile Carrier Changes (USPS)**
  We were not notified in advance of these changes and instead identified them ourselves. This resulted in:
  - Loss of tracking visibility
  - Incremental claims activity
  - Degraded customer experience
  - **Proof of Delivery (Photos)**
    Photo confirmation was not available for impacted shipments, representing a clear service gap versus agreed standards.

We remain committed to resolving this constructively and aligning on a path forward that supports both operational performance and long-term partnership value.

Best regards,
Mark

9



From: Elva Leung <elva.leung@uniuni.com>
Sent: Thursday, April 2, 2026 3:11 PM
To: Mark Driscoll <mdriscoll@p2pg.com>; Tim Rieger <trieger@p2pg.com>
Cc: Scott Wang <scott.wang@uniuni.com>
Subject: RE: Final Claims Review & Next Steps - Follow-up Call

Hi Mark,

Thank you for the update. As you suggested, I've pushed the meeting to tomorrow.

Could you please share with me the supporting materials you disputed on the call at your earliest convenience? Additionally, we would need the remittance for 50% of the outstanding payment at your earliest convenience.

Looking forward to reconnecting with you tomorrow morning ET.

Thank you,

**Elva Leung**
Director of Key Accounts,
North America



+1 (909) 548 - 9336

elva.leung@uniuni.com

uniuni.com

3040 Saturn St. Suite 103, Brea, CA 92821, USA

-----Original Appointment-----
**From:** Mark Driscoll <mdriscoll@p2pg.com>
**Sent:** Thursday, April 2, 2026 11:45 AM
**To:** Elva Leung

**Subject:** New Time Proposed: Final Claims Review & Next Steps - Follow-up Call
**When:** Thursday, April 2, 2026 1:00 PM-1:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Elva- I'm still working through the reports with the team. I'll have some data for you later today, and we can review it tomorrow morning ET. If we need to push it to say 1 PM for Scott, we can do that as well.

Mark

# EXHIBIT 3

 

SENT VIA EMAIL

UniUni Logistics Inc.
3040 Saturn Street, Suite 103
Brea, California 92821
legal@uniuni.com

Point2Point Global, LLC
50 Concord Street Suite R
Wilmington, MA 01887
mdriscoll@p2pg.com

April 30, 2026

**WITHOUT PREJUDICE**

**Re: Notice of Breach of Service Agreement and Immediate Demand of Payment**

Dear Sirs:

This is notice from UniUni Logistics Inc. ("**UniUni**") to Point2Point Global, LLC ("**Point2Point**") that Point2Point has breached the Services Agreement with UniUni dated as of December 30, 2024 (the "**Agreement**") by failing to pay the fees when due in accordance with the Agreement. UniUni hereby demands immediate payment of all outstanding amounts owed by Point2Point.

As of the date of this letter, the total amount owed by Point2Point to UniUni is calculated as follows:

- Past-due fees balance: US$1,081,824.51 (including $26,148.46 in interest in accordance with Section 2 of the Agreement).
- Less: US$345,166.24 (amount UniUni will apply to outstanding balance for approved claims)
- **Net amount: $736,658.27**

UniUni hereby demands that the amount of **$736,658.27** be paid immediately. Payment can be made to the account below with a confirmation to accounting.us@uniuni.com and a copy to legal@uniuni.com.

Bank Name: City National Bank
555 South Flower Street, Los Angeles, CA 90071
ABA/Routing #: 122016066
Swift BIC(Int'l Wires): CINAUS6L

 



Account Name: UniUni Logistics Inc.
Account #: 4447557

We wish to resolve this matter amicably and efficiently. However, in the absence of payment in full by **May 1, 2026**, UniUni reserves the right to pursue all remedies available to it as it deems necessary, including without limitation, initiating legal action without further notice.

Nothing contained herein shall constitute a waiver of any rights or remedies available to UniUni at law or in equity, all of which are expressly reserved.

Sincerely,

/Tom Bell/

General Counsel
legal@uniuni.com

 300-10271 Shellbridge Way
Richmond BC, V6X 2W8

 hr@uniuni.com

778 751-6669 Ext 210

 uniuni.com

# EXHIBIT 4

# Ballard Spahr
### LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
TEL 424.204.4400
FAX 424.204.4350
www.ballardspahr.com

Scott Humphreys
Tel: 424.204.4373
Fax: 424.204.4350
humphreyss@ballardspahr.com

May 28, 2026

*Via Email*

YK Law, LLP
Michael DiNardo
445 S Figueroa St, Suite 2280
Los Angeles, CA 90071
Email:  mDiNardo@yklaw.us

Eckert Seamans Cherin & Mellott, LLC
Michael Flammia
Gabriel Dym
Matthew Rodgers
2 International Pl. 16th Fl.
Boston, MA 02110
Email: mflammia@eckertseamans.com
       gdym@eckertseamans.com
       mrodgers@eckertseamans.com

Re:    Point2Point Global, LLC v. UniUni Logistics Inc.--Retrieval of Gateway Packages

Dear Counsel:

I write in a further attempt to facilitate Point2Point Global, LLC's ("P2P") retrieval of packages currently within UniUni Logistics, Inc.'s ("UniUni") network (the "Gateway Packages").[1]

On May 22, I sent an email that reiterated UniUni's instructions on how P2P should proceed to coordinate immediate retrieval of the Gateway Packages, and provided two spreadsheets showing (1) the Gateway Packages that remain available for pickup and (2) the local contact information to coordinate pickup.  Those spreadsheets are enclosed for your convenience.  It is our understanding that, with the exception of the Atlanta Gateway, P2P has not followed these instructions.

UniUni remains ready and willing to provide all of the Gateway Packages to P2P for retrieval. To ensure a coordinated and efficient process, UniUni only requires that P2P follow two simple steps:

1.  P2P must email Kevin Wang at kevin.wang@uniuni.com and identify the specific carrier that will retrieve the Gateway Packages and day they will arrive at each Gateway location.

2.  P2P must contact the local UniUni contact person at each Gateway location (identified in the spreadsheet) to coordinate a specific time for pickup.

---

[1] For clarity, "Gateway Packages" means P2P packages received by UniUni that are currently located at multiple UniUni facilities and remain unprocessed.  This is in contract to "Downstream Packages" which have already been processed and have been delivered or are out for delivery in the ordinary course of business.

Michael DiNardo
May 28, 2026
Page 2

Please confirm as soon as possible that P2P intends to pickup the Gateway Packages per these instructions.  UniUni does not wish to retain these packages and wants them to be picked up by P2P or its designated carrier as soon as possible.

Please let me know if you have any questions or wish to discuss further.

Sincerely,

   */s/ Scott S. Humphreys*

Scott S. Humphreys